# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC.,<br><br>    Defendant. | C.A. No. 2:24-CV-00054-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF NOEL F. CHAKKALAKAL

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendant Dickey's Barbecue Restaurants, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: April 11, 2024

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Noel F. Chakkalakal*
    Noel F. Chakkalakal
    Texas Bar No. 24053676
    nfc@fr.com
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    Telephone (214) 747-5070
    Facsimile (214) 747-2091

**COUNSEL FOR DEFENDANT
DICKEY'S BARBECUE RESTAURANTS, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 11, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                          */s/ Noel F. Chakkalakal*
                                          Noel F. Chakkalakal