# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ANALYTICAL TECHNOLOGIES, LLC,**<br><br>V.<br><br>**DICKEY'S BARBECUE RESTAURANTS, INC.,** | Case No. 2:24-cv-00054-JRG-RSP |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Analytical Technologies, LLC moves to dismiss its claims with prejudice, and Dickey's Barbecue Restaurants, Inc. moves to dismiss its counterclaims without prejudice, with each party bearing its own expenses, attorneys' fees, and costs.

Dated:  May 28, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

By: */s/ Alexander H. Martin*
Neil McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Alexander H. Martin
Texas Bar No. 24091828
martin@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Tuesday, May 28, 2024.

*/s/ Randall Garteiser*
Randall Garteiser