IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§  CASE NO.  2:24-CV-00054-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

# ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Analytical Technologies and Defendant Dickey's Barbecue Restaurants. (Dkt. No. 15.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice as to Plaintiff's claims and without prejudice as to Defendant's counterclaims. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims asserted by Defendant are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 30th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE